IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN WALTER SPROUSE,
    Plaintiff,

vs.                                                   Case No. 3:11cv336/MCR/EMT

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This matter is before the court on Plaintiff's request for voluntary dismissal of the instant case (doc. 9).  Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

        Accordingly, it is respectfully **RECOMMENDED**:

        That Plaintiff's request for voluntary dismissal (doc. 9) be **GRANTED** and this case be **DISMISSED without prejudice**.

        At Pensacola, Florida, this 12th day of October 2011.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**