IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN WALTER SPROUSE,
    Plaintiff,

vs.                                Case No. 3:11cv336/MCR/EMT

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 12, 2011 (doc. 10). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation and the record, the court determines that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's request for voluntary dismissal (doc. 9) is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 16th day of November, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**